# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

PEDRO RODRIGUEZ and LISETTE
RODRIGUEZ
        Plaintiff(s)                      Case No.    09-5020 (RBK/AMD)

V.

CAMDEN CITY POLICE DEPARTMENT,
CITY OF CAMDEN, OFFICER TYRONE
MCEADY

        Defendants

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

To:    Clerk of the United States District Court
        Mitchell H. Cohen Federal Building and
        U.S. Courthouse – 1 John F. Gerry Plaza
        Camden, New Jersey 08101

        Robert B. Kugler, U.S.D.C.J.
        Mitchell H. Cohen Federal Building and
        U.S. Courthouse – 1 John F. Gerry Plaza
        Camden, New Jersey 08101

Matthew Weisberg, Esquire
7 South Morton Avenue
Morton, PA 19070
Attorney For Plaintiffs

Mark M. Cieslewicz, Esquire
Office of the City Attorney
P.O. Box 95120
Camden, New Jersey 08101-5120

Please take notice that on the 4th day of April, 2011, or on a date and time to be set by the court, the undersigned attorney on behalf of Defendant Tyrone McEady, shall move before the Honorable Robert B. Kugler, U.S.D.C.J., Mitchell H. Cohen Federal Building and U.S. Courthouse – 1 John F. Gerry Plaza, Camden, New Jersey 08101, for an order granting Defendant McEady's motion for summary judgment.

Dated:       March 18, 2011           Respectfully submitted by:

*/s/ Ralph R. Kramer, Esquire*
Ralph R. Kramer, Esquire
605 White Horse Pike
Haddon Heights, New Jersey 08035
(856) 546-1114
elpino1@aol.com
Attorney for Defendant McEady