UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| Pedro and Lisette Rodriguez, individually & as H/W 1370 Sayres Ave. Camden, NJ 08104<br><br>Plaintiffs,<br><br>v.<br><br>Camden City Police Department, et al. 800 Federal Street, One Police Plaza Camden, NJ 08103<br><br>Defendants. | CIVIL ACTION NO.: 1:09-cv-05020<br><br>Jury of Twelve (12) Jurors Demanded |

## STIPULATION

AND NOW this 4th day of May, 2011, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that:

1. Plaintiff's pending Motion to Correct Name of Party, et al., is withdrawn as moot per this Stipulation;

2. Municipal Defendants are dismissed and their Motion for Summary Judgment is likewise withdrawn as moot;

3. Defendant, T. McEady, is amended and corrected to: Tyrone McEady, as if fully set forth at length originally in Plaintiff's Complaint; and

4. Plaintiff is granted 21 days from the date of the entry of the below Order to respond to Defendant, McEady's Motion for Summary Judgment.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorneys for Plaintiffs

Mark Cieslewicz, Esquire
Attorney for Defendant,
Camden City Police Department
And City of Camden

Ralph R. Kramer, Esquire
Attorney for Defendant,
Officer T. McEady

**AND IT IS SO ORDERED.**

Robert B. Kugler                        ,J.